Richard H. Hikida (State Bar No. 196149)
rhikida@trialnewport.com
Kalman G. Magyar (*pro hac vice* motion forthcoming)
kmagyar@trialnewport.com
Scott J. Ferrell (State Bar No. 202091)
sferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
895 Dove Street, Suite 425
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

FILED
2012 AUG 21 PM 2:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ________

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE TAWNSAURA GROUP, LLC,<br>Plaintiff,<br>vs.<br>MAXIMUM HUMAN PERFORMANCE, LLC,<br>Defendant | Case No. CV12-7189 DDP(AGRx)<br>**CORPORATE DISLCOSURE STATEMENT BY PLAINTIFF THE TAWNSAURA GROUP, LLC PURSUANT TO FED. R. CIV. P. 7.1** |

COPY BY FAX

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff THE TAWNSAURA GROUP, LLC ("Tawnsaura") hereby files this corporate disclosure statement, and discloses the following:

Tawnsaura is a limited liability company organized and existing under the laws of Nevada. Tawnsaura is not a publicly-owned company. Tawnsaura does not have a parent company and no publicly-owned company owns 10% or more of Tawnsaura's stock.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Newport Trial Group

Scott J. Ferrell

James B. Hardin

Kalman G. Magyar

Gavin Goble

Estate of William H. Waugh

Respectfully submitted,

NEWPORT TRIAL GROUP
A Professional Corporation

Dated: August 21, 2012

By: Richard H. Hikida
Attorneys for Plaintiff