VENABLE LLP
DANIEL S. SILVERMAN (SBN 137864)
Email: dssilverman@venable.com
TAMANY VINSON BENTZ (SBN 258600)
Email: tjbentz@venable.com
DEBORAH A. FEINBLUM (SBN 251544)
Email: dafeinblum@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
MAXIMUM HUMAN PERFORMANCE, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

THE TAWNSAURA GROUP, LLC

Plaintiff,

v.

MAXIMUM HUMAN PERFORMANCE, LLC

Defendant.

CASE NO. SACV 12-07189 SJO (AGRx)

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MAXIMUM HUMAN PREFORMANCE, LLC**

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant MAXIMUM HUMAN PERFORMANCE, LLC ("MHP"), hereby makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1:

MHP does not have a parent corporation and no publicly-held corporation owns 10% or more of MHP's stock.

Dated: October 8, 2012

VENABLE LLP

By: [signature]
Daniel S. Silverman
Tamany Vinson Bentz
Deborah A. Feinblum
Attorneys for Defendant,
MAXIMUM HUMAN PERFORMANCE, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900