UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.: CV 12-07189 SJO (AGRx)   DATE: November 21, 2012
Applies to All Related Cases

TITLE:   The Tawnsaura Group, LLC v. Maximum Human Performance, LLC
         LEAD CASE - Applies to All Coordinated Actions

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                  Not Present
Courtroom Clerk                              Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**          **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                  Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO CONSENT TO ISS RESEARCH, LLC'S MOTION TO JOIN DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** [Docket No. 29]

A number of Defendants have joined in a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss"), filed November 19, 2012.[1] The Motion to Dismiss seeks dismissal of the cases on the grounds that the patents in suit claim matter that is not eligible for patent protection under 35 U.S.C. § 101. Defendant ISS Research, LLC ("ISS") filed a Motion to Join the Motion to Dismiss ("Joinder Motion") on November 21, 2012, which Plaintiff indicated it would oppose. (Decl. of David M. Stein in Supp. of ISS's Mot. to Join Defs.' Mot. to Dismiss, ECF No. 29-1).

---

[1] The Defendants who have joined in the Motion are: Maximum Human Performance LLC, Physicians Formulas, Inc., Gaspari Nutrition Inc., Beautyfit Inc., Labrada Bodybuilding Nutrition, Inc., BNC Nutrition LLC, Force Factor LLC, Irwin Naturals, Kingfisher Media LLC, Nutricology, Inc., Puritan's Pride, Inc., Serious Nutrition Solutions LLC, Vitacost.com, Inc., NOW Foods Inc., Montiff Inc., Swanson Health Products Inc., Solaray Inc., Twinlab Corporation, Ultimate Nutrition Products Inc., Universal Nutrition, Inc., Musclepharm Corporation, Infinite Labs, LLC, All American Pharmaceutical & Natural Foods Corporation, Driven Sports, Inc., Beverly International Nutrition, LLC, Betancourt Nutrition, Inc., Advanced Nutraceutical Engineers and Marketers, LLC, Guthy Renker LLC, Get Fit Nutrition, Gamma Enterprises LLC, Fahrenheit Group Corporation, Isatori, Inc., Isatori Technologies, Inc., Isatori Technologies, LLC, ABB Performance, LLC, and NBTY Inc. (collectively, the "Moving Defendants").

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

CASE NO.: <u>**CV 12-07189 SJO (AGRx)**</u>     DATE: <u>**November 21, 2012**</u>
<u>**Applies to All Related Cases**</u>

Whether or not the patents in suit claim patentable subject matter is an issue that will affect all of the coordinated actions.  Plaintiff's refusal to stipulate to ISS's Joinder Motion has presented another issue for the Court's determination for no apparent purpose.  ISS could have filed its own duplicative 12(b)(6) motion based on 35 U.S.C. § 101, but attempted to proceed efficiently by joining the existing motion filed by other defendants.

Plaintiff is **ORDERED TO SHOW CAUSE** why sanctions should not be imposed pursuant to 28 U.S.C. § 1927 and the Court's inherent power to remedy unreasonable litigation conduct. Plaintiff shall file a response of up to four pages in length on or before Friday, November 23, 2012. The Court will hear the matter on Monday, November 26, 2012, at 10:00am.  All of Plaintiff's counsel of record—Richard H. Hikida, Scott J. Ferrell, and Tyler J. Woods—are required to attend. Counsel for ISS may attend the hearing but is not required to do so.

IT IS SO ORDERED.