**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.: CV 12-07189 SJO (AGRx)**      **DATE: November 26, 2012**
**Applies to All Related Cases**

**TITLE:** **The Tawnsaura Group, LLC v. Maximum Human Performance, LLC**
**LEAD CASE - Applies to All Coordinated Actions**

========================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                              Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**       **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                              Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER GRANTING IN PART STIPULATION ON BRIEFING
SCHEDULE RE DEFENDANTS' MOTION TO DISMISS** [Docket No. 28], **SETTING
TECHNOLOGY TUTORIAL, CASE OVERVIEW, AND SCHEDULING CONFERENCE** [Docket
No. 22].

I.      BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

A number of Defendants ("The Moving Defendants") have joined in a Motion to Dismiss Plaintiff's
Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss"), filed
November 19, 2012.[1]  The Motion seeks dismissal of the cases because the patents in suit claim
matter that is not eligible for patent protection under 35 U.S.C. § 101.  The Moving Defendants,
together with Plaintiff the Tawnsaura Group, LLC, ("Plaintiff" or "Tawnsaura") filed a Stipulation
on Briefing Schedule and Hearing Regarding the Motion ("Stipulation") on November 20, 2012.

_____

[1]  The Defendants who initially joined in the Motion are: Maximum Human Performance
LLC, Physicians Formulas, Inc., Gaspari Nutrition Inc., Beautyfit Inc., Labrada Bodybuilding
Nutrition, Inc., BNC Nutrition LLC, Force Factor LLC, Irwin Naturals, Kingfisher Media LLC,
Nutricology, Inc., Puritan's Pride, Inc., Serious Nutrition Solutions LLC, Vitacost.com, Inc.,
NOW Foods Inc., Montiff Inc., Swanson Health Products Inc., Solaray Inc., Twinlab
Corporation, Ultimate Nutrition Products Inc., Universal Nutrition, Inc., Musclepharm
Corporation, Infinite Labs, LLC, All American Pharmaceutical & Natural Foods Corporation,
Driven Sports, Inc., Beverly International Nutrition, LLC, Betancourt Nutrition, Inc.,
Advanced Nutraceutical Engineers and Marketers, LLC, Guthy Renker LLC, Get Fit
Nutrition, Gamma Enterprises LLC, Fahrenheit Group Corporation, Isatori, Inc., Isatori
Technologies, Inc., Isatori Technologies, LLC, ABB Performance, LLC, and NBTY Inc.
(collectively, the "Moving Defendants").

MINUTES FORM 11                                                              __ : __
CIVIL GEN                          Page 1 of  2                 Initials of Preparer _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO.: CV 12-07189 SJO (AGRx)**          **DATE: November 26, 2012**
**Applies to All Related Cases**

The Moving Defendants and Plaintiff jointly requested an adjustment to the briefing schedule such that Plaintiff's Opposition to the Motion to Dismiss would be due on or before December 6, 2012, and Defendants' Reply in Support of the Motion to Dismiss would be due on or before December 17, 2012.  The parties' joint request for that schedule is **GRANTED**.

The Moving Defendants and Plaintiff also jointly requested a hearing on the Motion to Dismiss on December 31, 2012.  That request is **DENIED**.  The Court will evaluate hearing timing at a later date.

II.    TECHNOLOGY TUTORIAL, CASE OVERVIEW, AND SCHEDULING CONFERENCE

Rather than waiting to schedule the technology tutorial, case overview, and scheduling conference until after Plaintiff has served all Defendants as previously contemplated, the Court now sets the proceeding for Tuesday, January 8, 2013, at 9:30 a.m.  Plaintiff shall exercise its best efforts to serve all remaining defendants as soon as possible, and as previously ordered, shall file a status report by November 29, 2012, indicating the status of service on the remaining defendants.  If service has not been completed by that date, Plaintiff shall file a status report every week thereafter until service has been completed.

The Court will set aside two hours for the technology tutorial, case overview, and scheduling conference.  The Court anticipates that it will be most useful to first hear the technology tutorial and case overview, followed by scheduling issues, but is open to the parties' joint suggestions. On or before December 20, 2012, the parties shall file a detailed joint proposed agenda indicating how long each side proposes to spend on each subject and which lawyer will be conducting which portion of the proceeding.  This submission shall be a single integrated proposal, and shall not consist of dueling proposals.  Plaintiff is free to divide its hour differently than Defendants divide their hour.

In light of the number of parties in the action, each Defendant is not required to have counsel present at the combined proceedings, but will be bound by any actions taken by the Court at the proceedings.

The Court sets the technology tutorial, case overview, and scheduling conference for **Tuesday, January 8, 2013, at 9:30 a.m.**  Plaintiff is **ORDERED** to immediately serve a copy of this order on all Defendants who have not yet filed appearances in the cases (and who therefore have not received a copy through the CM/ECF system).

IT IS SO ORDERED.