UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

CIVIL MINUTES - GENERAL

CASE NO.: CV 12-07189 SJO (AGRx)  DATE: **November 26, 2012**
**Applies to All Related Cases**

TITLE: **The Tawnsaura Group, LLC v. Maximum Human Performance, LLC**
**LEAD CASE - Applies to All Coordinated Actions**

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                              Not Present
Courtroom Clerk                          Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**       **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                              Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER WITHDRAWING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO CONSENT TO ISS RESEARCH, LLC'S MOTION TO JOIN DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** [Docket No. 34]

On November 21, 2012, the Court issued an Order to Show Cause Why Sanctions Should Not Be Imposed For Plaintiff's Failure to Consent to ISS Research, LLC's Motion to Join Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("OSC"). The Court issued the OSC in response to the Declaration of David M. Stein in Support of Defendant ISS Research, LLC's Motion to Join Defendants' Motion to Dismiss, filed November 21, 2012, which stated that "[counsel for Plaintiff] advised me that Plaintiff would oppose the Motion to Join." (ECF No. 29-1.)

In light of the subsequently-filed Declaration of David M. Stein Regarding OSC filed November 21, 2012 (ECF No. 35), which corrected the record to indicate that Plaintiff's counsel "did <u>not</u> oppose ISS Research joining the Motion to Dismiss that was filed by other Defendants, but rather Plaintiff opposes only the underlying motion to dismiss," the Court **WITHDRAWS** the OSC.[1]

IT IS SO ORDERED.

---

[1] Mr. Stein also contacted the Courtroom Clerk immediately after he saw the OSC to notify the Court of the error and request that the OSC be taken off calendar and withdrawn.

MINUTES FORM 11                                              ___ : ___
CIVIL GEN                    Page 1 of  1          Initials of Preparer _____