UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

CASE NO.: CV 12-07189 SJO (AGRx)     DATE: December 11, 2012

TITLE: The Tawnsaura Group LLC v. Maximum Human Performance LLC

========================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                         Not Present
Courtroom Clerk                          Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):        COUNSEL PRESENT FOR DEFENDANT(S):

Not Present                              Not Present

========================================================================

PROCEEDINGS: IN CHAMBERS

The Court finds these matters suitable for disposition without oral argument and **vacates** the hearing re the Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) filed by Defendants BPI Sports Holdings, LLC, Image Sports, LLC. [25], set for hearing on December 17, 2012, and the Motion to Dismiss Case filed by Defendant ISS Research LLC [29], set for December 31, 2012. See Fed. R. Civ. P. 78(b).

No appearance is required.