UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

CASE NO.: **CV 12-07189 SJO (AGRx)**                     DATE: **January 31, 2013**
Applies to All Related Cases

TITLE:     **The Tawnsaura Group, LLC v. Maximum Human Performance, LLC
           LEAD CASE - Applies to All Coordinated Actions**

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                        Not Present
Courtroom Clerk                                    Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**                 **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                        Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER REGARDING THE POTENTIAL FOR MULTIDISTRICT LITIGATION**

The Court has not been made aware of any case filed outside of the Central District of California that would be related to this case under L.R. 83-1.3.1. if the case were filed here, *i.e.*, a case that appears:

   (a) To arise from the same or a closely related transaction, happening or event; or

   (b) To call for determination of the same or substantially related or similar questions of law and fact; or

   (c) For other reasons would entail substantial duplication of labor if heard by different judges; or

   (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present.

L.R. 83-1.3.1.

If there are any such cases pending now or in the future, the parties are ordered to bring them to the Court's attention. If there are no such cases, that may be because each of the cases and potential cases that Plaintiff The Tawnsaura Group, LLC has identified, or that potential declaratory relief plaintiffs have considered, could properly be filed in this district.

If, however, any such cases are filed in other districts and not transferred to this district pursuant to 28 U.S.C. § 1404(a), the Judicial Panel on Multidistrict Litigation may well decide (1) to transfer such actions to a single district for coordinated or consolidated pretrial proceedings pursuant to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

CASE NO.:   CV 12-07189 SJO (AGRx)          DATE: January 31, 2013
Applies to All Related Cases


28 U.S.C. § 1407, and (2) that this Court would be the logical transferee court given its experience with the related cases filed to date.  See Manual for Complex Litigation, Fourth, § 20.13 (2004). The Court informs the parties that it would be willing to accept such transfer.

IT IS SO ORDERED.