UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 12-07189 SJO (AGRx) | Date | July 19, 2013 |
|---|---|---|---|
| Title | Tawnsaura Group - LEAD CASE applies to all coordinated actions | | |

| Present: The Honorable | S. JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Margarita Ramirez | |
| Deputy Clerk | Court Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gavin T. Bogle | Aaron Lewis Renfro |
| Tyler J. Woods | Mark L. Eisenhut |
| | Benjamin Singer |
| | Christopher James Passarelli |
| | Francesca Russo |
| | David A. Caine |
| | Christopher R. Kinkade |
| | Jeanne A. Fugate |
| | Ian A. Stewart |
| | Douglas Robert Peterson |
| | John Vincent Hanley |
| | Elizabeth Yang |
| | Tiffany M. Ikeda |

**Proceedings:**      MARKMAN HEARING

Hearing held.

Court and counsel confer.

The Court takes this matter under submission.

|  | : | 5/15 |
|---|---|---|
| | Initials of Preparer | vpc |