UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

CASE NO.: CV 12-07189 SJO (AGRx)   DATE: September 18, 2013
Applies to All Related Cases

TITLE:   The Tawnsaura Group, LLC v. Maximum Human Performance, LLC
         LEAD CASE - Applies to All Coordinated Actions

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                Not Present
Courtroom Clerk                            Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**         **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER STAYING RELATED CASES FILED AFTER JANUARY 2013**

On July 13, 2013, the Court issued an Order Modifying Plaintiff's Status Report Requirements and Addressing Scheduling for Cases Filed After January 2013 ("Order"). (ECF No. 167.) The Order stated that the Court would set a single scheduling conference for the related cases filed after January 2013, with the conference timing to be based on developments in the earlier-filed cases and the status of service in the later-filed cases.

At the time of the Order, the post-January 2013 cases were *The Tawnsaura Group, LLC v. Rivalus, Inc.*, CV 13-00204, *The Tawnsaura Group, LLC v. Corr Jensen Labs., Inc.*, CV 13-00667, and *The Tawnsaura Group, LLC v. GNC Corp.*, CV 13-04474.

In the *Rivalus* action, Plaintiff The Tawnsaura Group LLC ("Plaintiff") has been attempting, so far unsuccessfully, to effect service in Canada pursuant to the Hague Convention. (Pl.'s Sept. 10, 2013 Response to OSC re Dismissal, CV 13-00204, ECF No. 13.) In the *Corr Jensen* action, the defendant filed an Answer and Counterclaim on June 26, 2013. (CV 13-00667, ECF No. 12.) In the *GNC* action, the defendant filed an Answer and Counterclaim on September 3, 2013. (CV 13-04474, ECF No. 12.)

On September 11, 2013, Plaintiff filed three additional cases: *The Tawnsaura Group, LLC v. Progenex, Inc.,* CV 13-01405, *The Tawnsaura Group, LLC v. NDS Nutrition Products, Inc.*, CV 13-01406, and *The Tawnsaura Group, LLC v. OSN Labs, LLC*, CV 13-06645. The Court has accepted transfer of those related cases and has coordinated them with *The Tawnsaura Group, LLC v. Maximum Human Performance, LLC*, CV 12-07189 for case management purposes.

On its own motion, the Court has determined that efficiency will be best served by staying, with the exception of the below-described activity, those six post-January 2013 cases pending the

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

CASE NO.:  CV 12-07189 SJO (AGRx)          DATE: September 18, 2013
Applies to All Related Cases

outcome of the validity phase in the cases proceeding under the single schedule set at the January 8, 2013 status conference.  (ECF No. 92.)

Therefore, the following cases are hereby **STAYED**:
1. *The Tawnsaura Group, LLC v. Rivalus, Inc.*, CV 13-00204
2. *The Tawnsaura Group, LLC v. Corr Jensen Labs., Inc.*, CV 13-00667
3. *The Tawnsaura Group, LLC v. GNC Corp.*, CV 13-04474
4. *The Tawnsaura Group, LLC v. Progenex, Inc.*, CV 13-01405
5. *The Tawnsaura Group, LLC v. NDS Nutrition Products, Inc.*, CV 13-01406
6. *The Tawnsaura Group, LLC v. OSN Labs, LLC*, CV 13-06645

The stay does not apply to service of the Complaints, which Plaintiff is **ORDERED** to complete forthwith.  Plaintiff is also **ORDERED** to serve copies of this Order on parties who have not yet entered an appearance.

Defense counsel are encouraged to file notices of appearance and certifications as to interested parties as soon as possible to facilitate the receipt of filings in the lead and individual cases.  Filing such notices and certifications will not constitute waiver of any defenses.  Absent further order of the Court, responsive pleadings will be due fourteen (14) days after the stay is lifted.

IT IS SO ORDERED.